UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JORGE GARZON,

                Plaintiff,

-against-

HOME/LIFE SERVICES, INC., RIQUELMA MORENO, SUSAN ALTER and JERRY SCHRECK,

                Defendants.

Civil Action No.: 12cv1763(SLT)(RER)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Jorge Garzon ("Plaintiff") and Home Life Services, Inc., Riquelma Moreno, Susan Alter and Jerry Schreck (collectively "Defendants"), pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of this action and request that the action be dismissed with prejudice, each party to bear their own costs.

WHEREFORE, the Parties respectfully request that the Court dismiss this action with prejudice, each party to bear their own costs.

THE LAW OFFICES OF WILLIAM CAFARO

By: _____
William Cafaro (WC 2730)
*Attorney for Plaintiff*
108 West 39th Street, Suite 602
New York, NY 10018

KAUFMAN BORGEEST & RYAN LLP

By: _____
Laura Juffa (LJ 5327)
*Attorneys for Defendants*
120 Broadway, 14th Floor
New York, New York 10271

**SO ORDERED.** Dated: 2-13-2013

RER
_____
Hon. Ramon E. Reyes, Jr.

2090252